## EASTER *vs.* SNELLING.

1. A party has the right of appeal from a confession of judgment at Common Law, and a reservation of the right is unnecessary.

Tried before Judge KIDDOO, at June Term, of Webster Superior Court, 1859.

The opinion of the Court embodies the facts.

SAMUEL D. ELAM, for plaintiff in error.

*By the Court.*—LYON, J., delivering the opinion.

The plaintiff in error confessed a judgment to the defendant in error at common law, and entered an appeal from the same without having reserved the right in the confession. When the cause came on to be heard on the appeal, on motion, the Court dismissed the appeal, on the ground that no appeal could be taken from a confession of judgment, unless the right was reserved. In this we think there was error. The confession stands in place of a verdict—has that effect, and no other, and the appeal lies from it as well as from a verdict.

Judgment reversed.